IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FRANKIE J. MAINES,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 11-684-GPM |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Before the Court is Petitioner Frankie J. Maines's motion to dismiss her 28 U.S.C. § 2255 motion to vacate, set aside, or correct her sentence (Doc. 4). The Court has yet to issue an order pursuant to Rule 4 of the RULES GOVERNING SECTION § 2255 PROCEEDINGS, and there has consequently been no response from the United States. Petitioner's motion to dismiss without prejudice is therefore **GRANTED**, *see Garrett v. United States,* 178 F.3d 940, 942 (7th Cir. 1998), and this case shall be **DISMISSED without prejudice.** RULES GOVERNING SECTION § 2255 PROCEEDINGS R.12; FED.R.CIV.P. R.41(a). This case shall be CLOSED.

IT IS SO ORDERED.

DATED: August 24, 2012

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge
